AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years' imprisonment; $1,000,000 fine; minimum 3 years' supervised release and maximum of life; $100 special assessment; forfeiture; denial of federal benefits; immigration consequences including possible deportation

FILED
JAN 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Danilla Bustillo-Sevilla

DISTRICT COURT NUMBER

**CR20  0021 VC**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Barbara J. Valliere

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
San Francisco Superior Court

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**United States District Court**
FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR20 0021 VC

UNITED STATES OF AMERICA,

V.

Danillo Bustillo-Sevilla,

DEFENDANT(S).

# INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(B) –Distribution of Cocaine Base;
21 U.S.C. § 853 - Forfeiture Allegation

A true bill.

_____ Foreman

Filed in open court this 16th day of January 2020.

_____ Clerk

SALLIE KIM
United States Magistrate Judge

Bail, $ _____ NO BAIL ARREST WARRANT

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JAN 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

VC

CR20 0021

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANILLO BUSTILLO-SEVILLA,

Defendant.

CASE NO.

VIOLATIONS:
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Cocaine Base

21 U.S.C. § 853 – Forfeiture Allegation

# INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Cocaine Base)

On or about December 12, 2019, in the Northern District of California, the defendant,

DANILLO BUSTILLO-SEVILLA,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>FORFEITURE ALLEGATION</u>: (Criminal Forfeiture - 21 U.S.C. § 853)

The allegations contained above in Count One are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offenses set forth in this Indictment, the defendant,

DANILLO BUSTILLO-SEVILLA,

INDICTMENT

1 shall forfeit to the United States, pursuant to 21 United States Code, Section 853(a), all right, title, and
2 interest in any property constituting and derived from any proceeds defendant obtained, directly or
3 indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or
4 part, to commit or to facilitate the commission of such violations, including a forfeiture money
5 judgment.

      If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

      All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: January 16th 2020

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

*Barbara Valliere*
BARBARA J. VALLIERE
Assistant United States Attorney

INDICTMENT