STEVEN G. KALAR
Federal Public Defender
Northern District of California
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Steven_Kalar@fd.org

Counsel for Defendant Danillo Bustillo-Sevilla

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANILLO BUSTILLO-SEVILLA,<br><br>Defendant. | Case No.: CR-20-00021-VC<br><br>**MOTION TO CONTINUE ALL COURT APPEARANCES UNTIL AFTER MAY 1, 2020** |

As of the date of this motion, the President has declared a national public health emergency,[1] and the Governor of the State of California has declared a public health emergency throughout the state,[2] both in response to the spread of the Coronavirus Disease 2019 (COVID-19). The Centers of Disease Control and Prevention (CDC) and other health authorities have advised people to take precautions to reduce the exposure to COVID-19 and to slow the spread of the disease. An important part of the CDC recommendations is social distancing: keeping an appropriate physical distance

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).
[2] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

between people, and particularly in public settings.[3]

To ensure the health and safety of the defendant through social distancing, undersigned counsel hereby moves the Court to cancel all in-court hearings before May 1, 2020. Undersigned counsel further moves the Court to set the matter on for status on a date after May 1, 2020.

If videoconferencing becomes available before May 1, 2020, undersigned counsel preserves the right to move the Court to add the matter to the Court's calendar for a videoconference appearance. Defense counsel will work with government counsel to determine an acceptable date for any videoconference hearing.

Therefore, for the above reasons the defense moves the court to vacate all court proceedings, set a status hearing after the May 1, 2020 date, and to allow the parties to seek a hearing before that date if videoconferencing becomes available.

Dated:   March 15, 2020                         Respectfully submitted,

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                          /S
                                                _____
                                                Northern District of California

---

[3] *See generally* Centers for Disease Control and Prevention, *Coronavirus (COVID-19)*, https://www.cdc.gov/coronavirus/2019-ncov/index.html (updated frequently); California Dep't of Public Health, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx (updated daily); *see also* Office of Governor, Executive Order N-25-20 (Mar. 12, 2020).

MOTION TO CONTINUE ALL COURT APPEARANCES UNTIL AFTER MAY 1, 2020
*BUSTILLO-SEVILLA,* CR-20-00021-VC

2